UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

MICHAEL STANLEY LATTA,
COURTNEY MARIE LATTA,
DANICA LYNN MALLON, aka "Ma,"
     aka "D,"
ALAN PAUL MERRILLS,
JESSE PAUL HOMA,
JACOB MICHAEL PELLETIER, and
PATRICK EDWARD McLAUGHLIN,
    aka "Paddy Mac,"

                             **INDICTMENT**

      Defendants.
_____/

    The Grand Jury charges:

## COUNT 1
(Methamphetamine Conspiracy)

Beginning no later than August 2022, and continuing to on or about May 6, 2025, in Marquette County, in the Western District of Michigan, Northern Division, and elsewhere, Defendants,

MICHAEL STANLEY LATTA,
COURTNEY MARIE LATTA,
DANICA LYNN MALLON, aka "Ma," aka "D,"
ALAN PAUL MERRILLS,
JESSE PAUL HOMA,
JACOB MICHAEL PELLETIER, and
PATRICK EDWARD McLAUGHLIN, aka "Paddy Mac,"

1

knowingly and intentionally combined, conspired, confederated and agreed with each other, and other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Concerning MICHAEL STANLEY LATTA, COURTNEY MARIE LATTA, DANICA LYNN MALLON, and ALAN PAUL MERRILLS, the Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
### (Distribution of Methamphetamine)

Between on or about March 29 and April 5, 2024, in Marquette County, in the

Western District of Michigan, Northern Division, and elsewhere, Defendants,

MICHAEL STANLEY LATTA and
COURTNEY MARIE LATTA,

knowingly and intentionally distributed, and aided and abetted the distribution of,

50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
18 U.S.C. § 2

## COUNT 3
### (Attempted Possession with Intent to Distribute Methamphetamine)

Between on or about March 29 and April 5, 2024, in Marquette County, in the

Western District of Michigan, Northern Division, Defendants,

DANICA LYNN MALLON and
JESSE PAUL HOMA,

knowingly and intentionally attempted to possess with intent to distribute, and aided

and abetted the attempted possession with intent to distribute, methamphetamine,

a Schedule II controlled substance.

Concerning DANICA LYNN MALLON, the Grand Jury further alleges that

the offense involved 50 grams or more of methamphetamine, a Schedule II controlled

substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 4
### (Felon in Possession of Firearm)

On or about April 16, 2024, in Marquette County, in the Western District of Michigan, Northern Division, Defendant,

JESSE PAUL HOMA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus, model G2C, 9mm semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## COUNT 5
### (Distribution of Methamphetamine)

Between on or about May 31 and June 4, 2024, in Marquette County, in the

Western District of Michigan, Northern Division, and elsewhere, Defendants,

MICHAEL STANLEY LATTA and
COURTNEY MARIE LATTA,

knowingly and intentionally distributed, and aided and abetted the distribution of,

50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2

## COUNT 6
### (Attempted Possession with Intent to Distribute Methamphetamine)

Between on or about May 31 and June 4, 2024, in Marquette County, in the

Western District of Michigan, Northern Division, Defendants,

DANICA LYNN MALLON and
ALAN PAUL MERRILLS,

knowingly and intentionally attempted to possess with intent to distribute, and aided

and abetted the attempted possession with intent to distribute, 50 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2

7

## COUNT 7
### (Distribution of Methamphetamine)

Between on or about May 2 and May 8, 2025, in Marquette County, in the

Western District of Michigan, Northern Division, and elsewhere, Defendants,

MICHAEL STANLEY LATTA and
COURTNEY MARIE LATTA,

knowingly and intentionally distributed, and aided and abetted the distribution of,

50 grams or more of methamphetamine.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
18 U.S.C. § 2

8

## COUNT 8
**(Possession with Intent to Distribute Methamphetamine)**

Between on or about May 2 and May 8, 2025, in Marquette County, in the

Western District of Michigan, Northern Division, Defendant,

ALAN PAUL MERRILLS,

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)

9

**FORFEITURE ALLEGATION**
**(Felon in Possession of Firearm)**

The allegations contained in Count 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 4 of this Indictment, Defendant,

JESSE PAUL HOMA,

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to, a Taurus, model G2C, 9mm semi-automatic pistol, and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney

10